IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMANTHA CRUZ-REYES,

    Plaintiff,

    v.                                                CIVIL NO. 09-2189 (CVR)

PUERTO RICO HIGHWAY AUTHORITY, et al.,

    Defendants.

### ORDER

    The "Confidential Settlement Agreement and Release of all Claims" (Docket No. 45) is **APPROVED**. The terms and conditions of the "Confidential Settlement Agreement and Release of all Claims" are incorporated herein in their entirety and made part of this Order by reference for all legal purposes. This Court shall retain jurisdiction over the settlement agreement for the purposes of enforcing the same, pursuant to Kokkonen v. Guardian Life Ins., 511 U.S. 375 (1994).

    Plaintiff's "Motion for Voluntary Dismissal pursuant to FRCP 41(A)(2)"(Docket No. 46) is **GRANTED**. Accordingly, all claims filed by plaintiff Samantha Cruz-Reyes against defendants are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

    The Clerk of Court is instructed to enter Judgment accordingly.

    In San Juan, Puerto Rico, this 7th day of July of 2011.

                                                    s/**CAMILLE L. VELEZ-RIVE**
                                                    **CAMILLE L. VELEZ-RIVE**
                                                    **UNITED STATES MAGISTRATE JUDGE**